1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant U.S. Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-7232
7  Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
                                                                    RZ
13 UNITED STATES OF AMERICA,       )    CRIMINAL NO. 3 07  70672
                                   )
14      Plaintiff,                 )
                                   )    NOTICE OF PROCEEDINGS ON
15      v.                         )    OUT-OF-DISTRICT CRIMINAL
                                   )    CHARGES PURSUANT TO RULES
16 DANIEL MARTINEZ-RAMIREZ,        )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                   )    OF CRIMINAL PROCEDURE
17      Defendant.                 )
                                   )
18 _____  )

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on November 5, 2007, the above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22      ☐ Indictment

23      ☐ Information

24      ☐ Criminal Complaint

25      ☒ Other (describe) ____Supervised Release Volation_____

26 pending in the __Western__ District of __Washington__, Case Number __CR00-00475__.

27

28

                                        1

1 | In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code,
2 | Section(s) _____ .
3 | Description of Charges: ____Illegally Reentering the United States____ .

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: __November 8, 2007__

_/s/ Jeffrey R. Finigan_
JEFFREY R. FINIGAN
Assistant U.S. Attorney

NOV-05-2007 MON 11:17 AM U.S. SEATTLE WARRANTS    FAX NO. 2    )7086/4    P. 02

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
    v.

Daniel Martinez-Ramirez

RECEIVED
UNITED STATES MARSHAL

**WARRANT FOR ARREST**
**FILED UNDER SEAL**

2006 APR -3 A 11: 02

CASE NUMBER: CR00-475

WESTERN DISTRICT
OF WASHINGTON (86)
SEATTLE, WASHINGTON

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Daniel Martinez-Ramirez____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) Probation Petition charging him or her with:

Violation of conditions of supervision.

in violation of Title ____ United States Code, Section(s) _____

| C. Ledesma | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* C. Ledesma | April 3, 2006 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |

☐ Bail fixed at _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED UNDER SEAL

PROB 12C
(01/05)

# United States District Court
## for
### Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martinez-Ramirez         Case Number: CR00-00475RTCC
Name of Judicial Officer: The Honorable Ricardo S. Martinez
Date of Original Sentence: January 26, 2001       Date of Report: March 28, 2006
Original Offense: Conspiracy to Distribute Heroin
Original Sentence: 37 Months Imprisonment; 5 years Supervise Release
Type of Supervision: Supervised Release           Date Supervision Commenced: 06/20/03
Assistant U.S. Attorney: Hannah Horsley           Defense Attorney: Lee Covell, Esq.

Special Conditions Imposed:

☒ Substance Abuse       ☒ Financial Disclosure       ☐ Restitution
☐ Mental Health         ☐ Fine                       ☐ Community Service

☒ Other: Not to possess a firearm or destructive device; submit to mandatory drug testing; submit to searches; not to possess any form of identification in any name other than his true legal name; and if deported, not to reenter the United States without permission of the Bureau of Immigration and Customs Enforcement.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Daniel Martinez-Ramirez has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Illegally reentering the United States on or before February 23, 2006, in violation of the standard condition that he not commit another federal, state or local crime. |

We incorporate by reference the information contained in the attached memorandum.

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _____
                Deputy Clerk

The Honorable Ricardo S. Martinez                                                Page 2
Petition for Warrant or Summons
for Offender Under Supervision

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ____ years, for a total term of ____ years.

☐ The condition of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of March, 2006.

Todd A. Sanders
Supervising U.S. Probation Officer

TAS
03/07/06

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Signature of Judicial Officer

3/31/06
Date

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
**NORTHERN**
*(District)*
**CALIFORNIA**

*(Return Address and Phone)*

Please type or print neatly:

TO: NAPA COUNTY SHERIFF'S DEPARTMENT
1125 THIRD STREET
NAPA, CA 94559
ATTN: BOOKING/HWD

DATE: 11/05/2007
SUBJECT: DANIEL MARTINEZ-RAMIREZ
AKA: RAMIREZ, FERNANDO MARTINEZ
DOB/SSN: 03/10/1979
REF. # 200600718
USMS #: 30385-086
CR #: 00-475

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Western District of Washington has issued an arrest warrant charging the subject with violation of the conditions of probation and/or supervised release.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 415-436-7621.
FAX No.

**RECEIPT**
Date: 11/5/07
Signed: [signature]
By: Brenda
Title: Co II

Very truly yours,
[signature] R. Williams
*(Signature)*

CHRIS HANSON ASDUSM
*(Name and Title)*

Requested by: Rosemary Williams (Warrants) 415-436-7679

Form USM-16D
Rev. 04/05