AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| DANIEL MARTINEZ-RAMIREZ | |

FILED NOV - 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-07-70672 BZ | CR00-00475 | Northern District of California | Western District of Washington |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☐ Complaint    X Other (specify)

charging a violation of    18    U.S.C. § 3653

**DISTRICT OF OFFENSE**
Western District of Washington

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Deft admits to being the person charged in the Western District of Washington. Deft waived Identity-Removal Hearing.

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☐ No    X Yes    Language: Spanish

## NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/Nov 07
Date                                    United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |