UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 13, 2007

Office of the Clerk
U.S. District Court
700 Stewart Street
Seattle, WA 98101



NOV 19 2007

FILED
NOV 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:         US-v-Daniel Martinez-Ramirez
Our Case Number:   3-07-70672
Your Case Number:  CR 00-475
Charges:           18:3653

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Zimmerman. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator